# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

Fill in this information to identify your case:

| Debtor 1 | Catherine Maryln Hannah |
|---|---|
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name / Middle Name / Last Name |
| Case Number (If known) | 21-10347-SDB |

☐ Check if this is an amended plan.

## CHAPTER 13 PLAN AND MOTION

[Pursuant to Fed. R. Bankr. P. 3015.1, the Southern District of Georgia General Order 2017-3 adopts this form in lieu of the Official Form 113].

1. **Notices.** Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as not being contained in the plan or if neither or both boxes are checked, the provision will be ineffective if set out in the plan.

    (a) This plan:   ☒ contains nonstandard provisions. See paragraph 15 below.
                     ☐ does not contain nonstandard provisions.

    (b) This plan:   ☒ values the claim(s) that secures collateral. See paragraph 4(f) below.
                     ☐ does not value claim(s) that secures collateral.

    (c) This plan:   ☒ seeks to avoid a lien or security interest. See paragraph 8 below.
                     ☐ does not seek to avoid a lien or security interest.

2. **Plan Payments.**

    (a) The Debtor(s) shall pay to the Chapter 13 Trustee (the "Trustee") the sum of $ **650.00 per month** for the applicable commitment period of:

    ☐ 60 months; **or**

    ☒ a minimum of 36 months. See 11 U.S.C. § 1325(b)(4).

    (If applicable include the following: These plan payments will change to $_____ monthly on _____, 20____.)

    (b) The payments under paragraph 2(a) shall be paid:

    ☐ Pursuant to a Notice to Commence Wage Withholding, the Debtor(s) request(s) that the Trustee serve such Notice(s) upon the Debtor's(s') employer(s) as soon as practicable after the filing of this plan. Such Notice(s) shall direct the Debtor's(s') employer(s) to withhold and remit to the Trustee a dollar amount that corresponds to the following percentages of the monthly plan payment:

    ☐ Debtor 1 _____ %   ☐ Debtor 2 _____ %

    ☒ Direct to the Trustee for the following reason(s):
        ☒ The Debtor(s) receive(s) income solely from self-employment, Social Security, government assistance, or retirement.
        ☐ The Debtor(s) assert(s) that wage withholding is not feasible for the following reason(s):
        _____

    (c) Additional Payments of $_____ (estimated amount) will be made on _____ (anticipated date)

from _____ (source, including income tax refunds).

3. **Long-Term Debt Payments.**

   (a) **Maintenance of Current Installment Payments.** The Debtor(s) will make monthly payments in the manner specified as follows on the following long-term debts pursuant to 11 U.S.C. § 1322(b)(5). These postpetition payments will be disbursed by either the Trustee or directly by the Debtor(s), as specified below. Postpetition payments are to be applied to postpetition amounts owed for principal, interest, authorized postpetition late charges and escrow, if applicable. Conduit payments that are to be made by the Trustee which become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

   | CREDITOR | COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | PAYMENTS TO BE MADE BY (TRUSTEE OR DEBTOR(S)) | MONTH OF FIRST POSTPETITION PAYMENT TO CREDITOR | INITIAL MONTHLY PAYMENT |
   |---|---|---|---|---|---|
   | USDA Rural Housing | Real Estate | Y | Trustee | August 2021 | $357.34 |

   (b) **Cure of Arrearage on Long-Term Debt.** Pursuant to 11 U.S.C. § 1322(b)(5), prepetition arrearage claims will be paid in full through disbursements by the Trustee, with interest (if any) at the rate stated below. Prepetition arrearage payments are to be applied to prepetition amounts owed as evidenced by the allowed claim.

   | CREDITOR | DESCRIPTION OF COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | ESTIMATED AMOUNT OF ARREARAGE | INTEREST RATE ON ARREARAGE (if applicable) |
   |---|---|---|---|---|
   | USDA Rural Housing | Real Estate | Y | $9,500.00 | 0% |

4. **Treatment of Claims.** From the payments received, the Trustee shall make disbursements as follows unless designated otherwise:

   (a) **Trustee's Fees.** The Trustee percentage fee as set by the United States Trustee.

   (b) **Attorney's Fees.** Attorney's fees allowed pursuant to 11 U.S.C. § 507(a)(2) of $ **2,500.00** .

   (c) **Priority Claims.** Other 11 U.S.C. § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

   (d) **Fully Secured Allowed Claims.** All allowed claims that are fully secured shall be paid through the plan as set forth below.

   | CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
   |---|---|---|---|---|
   |  |  |  |  |  |

   (e) **Secured Claims Excluded from 11 U.S.C. § 506 (those claims subject to the hanging paragraph of 11 U.S.C. § 1325(a)).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a

purchase money security interest in a motor vehicle acquired for the personal use of the Debtor(s), or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the plan with interest at the rate stated below:

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|

(f) **Valuation of Secured Claims to Which 11 U.S.C. § 506 is Applicable.** The Debtor(s) move(s) to value the claims partially secured by collateral pursuant to 11 U.S.C. § 506 and provide payment in satisfaction of those claims as set forth below. The unsecured portion of any bifurcated claims set forth below will be paid pursuant to paragraph 4(h) below. The plan shall be served on all affected creditors in compliance with Fed. R. Bankr. P. 3012(b), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| EquityAuto Loan, LLC dba Instaloan | Personal Property | $ - 0 - | 0% | $ - 0 - |
| Warehouse Home Furnishings Distributors, Inc. dba Farmers Furniture | Personal Property | $ - 0 - | 0% | $ - 0 - |
| World Finance Company of Georgia, LLC | Personal Property | $ - 0 - | 0% | $ - 0 - |
| Wrens Finance Company | Personal Property | $ - 0 - | 0% | $ - 0 - |

(g) **Special Treatment of Unsecured Claims.** The following unsecured allowed claims are classified to be paid at 100% ☐ with interest at _____ % per annum **or** ☐ without interest:

_____

(h) **General Unsecured Claims.** Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in paragraph 4(f) or paragraph 9 of this plan, will be paid a **0** % dividend or a pro rata share of $ **0**, whichever is greater.

5. **Executory Contracts.**

   (a) **Maintenance of Current Installment Payments or Rejection of Executory Contract(s) and/or Unexpired Lease(s).**

| CREDITOR | DESCRIPTION OF PROPERTY/SERVICES AND CONTRACT | ASSUMED/ REJECTED | MONTHLY PAYMENT | DISBURSED BY TRUSTEE OR DEBTOR(S) |
|---|---|---|---|---|

   (b) **Treatment of Arrearages.** Prepetition arrearage claims will be paid in full through disbursements by the Trustee.

| CREDITOR | ESTIMATED ARREARAGE |
|---|---|

6. **Adequate Protection Payments.** The Debtor(s) will make pre-confirmation lease and adequate protection payments pursuant to 11 U.S.C. § 1326(a)(1) on allowed claims of the following creditors: ☐ Direct to the Creditor; **or** ☐ To the Trustee.

| CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
|---|---|
| | |

7. **Domestic Support Obligations.** The Debtor(s) will pay all postpetition domestic support obligations direct to the holder of such claim identified here. See 11 U.S.C. § 101(14A). The Trustee will provide the statutory notice of 11 U.S.C. § 1302(d) to the following claimant(s):

| CLAIMANT | ADDRESS |
|---|---|
| | |

8. **Lien Avoidance.** Pursuant to 11 U.S.C. § 522(f), the Debtor(s) move(s) to avoid the lien(s) or security interest(s) of the following creditor(s), upon confirmation but subject to 11 U.S.C. § 349, with respect to the property described below. The plan shall be served on all affected creditor(s) in compliance with Fed. R. Bankr. P. 4003(d), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | LIEN IDENTIFICATION (if known) | PROPERTY |
|---|---|---|
| EquityAuto Loan, LLC dba Instaloan | | Household Goods |
| World Finance Company of Georgia, LLC | | Household Goods |
| Wrens Finance Company | | Household Goods |

9. **Surrender of Collateral.** The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of the plan. The Debtor(s) request(s) that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of this plan if the creditor amends its previously-filed, timely claim within 180 days from entry of the order confirming this plan or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|

10. **Retention of Liens.** Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by 11 U.S.C § 1325(a)(5).

11. **Amounts of Claims and Claim Objections.** The amount, and secured or unsecured status, of claims disclosed in this plan are based upon the best estimate and belief of the Debtor(s). An allowed proof of claim will supersede those estimated claims. In accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, objections to claims may be filed before or after confirmation.

12. **Payment Increases.** The Debtor(s) will increase payments in the amount necessary to fund allowed claims as this plan proposes, after notice from the Trustee and a hearing if necessary, unless a plan modification is approved.

13. **Federal Rule of Bankruptcy Procedure 3002.1.** The Trustee shall not pay any fees, expenses, or charges disclosed by a creditor pursuant to Fed. R. Bankr. P. 3002.1(c) unless the Debtor's(s') plan is modified after the filing of the notice to provide for payment of such fees, expenses, or charges.

14. **Service of Plan.** Pursuant to Fed. R. Bankr. P. 3015(d) and General Order 2017-3, the Debtor(s) shall serve the Chapter 13 plan on the Trustee and all creditors when the plan is filed with the court, and file a certificate of service accordingly. If the Debtor(s) seek(s) to limit the amount of a secured claim based on valuation of collateral (paragraph 4(f) above), seek(s) to avoid a security interest or lien (paragraph 8 above), or seek(s) to initiate a contested matter, the Debtor(s) must serve the plan on the affected creditors pursuant to Fed. R. Bankr. P. 7004. See Fed. R. Bankr. P. 3012(b), 4003(d), and 9014.

15. **Nonstandard Provisions.** Under Fed. R. Bankr. P. 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise in this local plan form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

    (a) UPON GRANT OF DISCHARGE IN THIS CASE, ALL SECURED CREDITORS BEING PAID THROUGH THE PLAN SHALL PROMPTLY RELEASE ALL COLLATERAL HELD AS SECURITY ON LOANS, AND SHALL PROMPTLY RELEASE AND/OR SATISFY ALL SECURITY DEEDS, SECURITY AGREEMENTS, UCC FILINGS, JUDGMENT LIENS, TITLES, AND/OR ANY OTHER LIEN CLAIM OF ANY KIND AGAINST PROPERTY OF THE DEBTOR. THIS PARAGRAPH SHALL IN NO WAY APPLY TO MORTGAGES AND/OR OTHER SECURED DEBTS THAT ARE NOT PAID THROUGH THE CHAPTER 13 PLAN.

    (b) IN THE EVENT THE MONTHLY CONDUIT PAYMENT CHANGES DUE TO EITHER CHANGED ESCROW REQUIREMENTS OR A CHANGE IN AN ADJUSTABLE INTEREST RATE, DEBTOR'S PLAN PAYMENT TO THE CHAPTER 13 TRUSTEE SHALL CHANGE BY THE SAME AMOUNT, PLUS THE TRUSTEE'S FEE, WITHOUT SEEKING FORMAL MODIFICATION OF THE PLAN. IF APPLICABLE, THE CHAPTER 13 TRUSTEE IS AUTHORIZED TO SUBMIT AN AMENDED NOTICE TO COMMENCE WAGE WITHHOLDING TO SATISFY THE AUTOMATIC INCREASE OR DECREASE.

**By signing below, I certify the foregoing plan contains no nonstandard provisions other than those set out in paragraph 15.**

Dated: 6/2/2021

_Catherine Hannan_
*Debtor 1*

_____
*Debtor 2*

_John P. /s/_
*Attorney for the Debtor(s)*

GASB – Form 113 [Rev. 12/1/17]                                                                 Page **5** of 5

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN AND MOTION upon the following parties via CM/ECF electronic mail:

Huon Le
[VIA ECF]

Office of the U. S. Trustee
[VIA ECF]

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN AND MOTION by First Class Mail, placing same in the United States Mail with proper postage affixed thereon, to the following addresses:

SEE ATTACHED EXHIBIT "A"

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN AND MOTION on the following corporations, addressed to an Agent or Officer, by First Class Mail, placing same in the United States Mail with proper postage affixed thereon, to the following addresses:

EquityAuto Loan, LLC dba Instaloan
Attn: Officer or Agent
15 Bull Street, Suite 200
Savannah, GA 31401-2686
(as shown on Exhibit "A")

EquityAuto Loan, LLC, Attn: Corporation
Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092-2865
(as shown on Exhibit "A")

Warehouse Home Furnishings Distributors, Inc.
dba Farmers Furniture
Attn: Scott Smith, Registered Agent
1851 Telfair Street
Dublin, GA 31021

Warehouse Home Furnishings Distributors, Inc.
dba Farmers Furniture
Attn: Officer or Agent
P.O. Box 1140
Dublin, GA 31040-1140

```
Warehouse Home Furnishings Distributors, Inc.
         dba Farmers Furniture
        Attn: Officer or Agent
          702 Peachtree Street
          Louisville, GA 30434

    World Finance Company of Georgia, LLC
          Attn: Officer or Agent
              406 Main Street
          Thomson, GA 30824-1575
          (as shown on Exhibit "A")

    World Finance Company of Georgia, LLC
          Attn: Officer or Agent
               P.O. Box 6429
          Greenville, SC 29606-6429
          (as shown on Exhibit "A")

    World Finance Company of Georgia, LLC
     Attn: CT Corporation, Registered Agent
            289 S. Culver Street
         Lawrenceville, GA 30046-4805
          (as shown on Exhibit "A")

           Wrens Finance Company
     Attn: Greg A. Holley, Registered Agent
              217 Broad Street
            Wrens, GA 30833-1110
          (as shown on Exhibit "A")
```

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN MOTION on the following insured depository institutions, addressed to an Officer of the institution, by Certified Mail with proper postage affixed thereon, to the following addresses:

N/A

This 3rd day of June, 2021.

_____
John P. Wills
Attorney for Debtor

WILLS LAW FIRM, LLC
P.O. Box 1620
Thomson, GA 30824
706-595-8100


EXHIBIT "A"

```
Label Matrix for local noticing        (p)ABC LOAN CO                       ACCT RECEIV MGMT SYSTEM
113J-1                                  ATTN BANKRUPTCY                      P.O. BOX 3477
Case 21-10347-SDB                       4011 COLUMBIA RD                     ATLANTA GA 30348
Southern District of Georgia            MARTINEZ GA 30907-2221
Augusta
Wed Jun  2 19:24:19 EDT 2021

AMERIMARK                               AMERIMARK PREMIER                    AT&T MOBILITY II, LLC
C/O CREDITORS BANKRUPTCY SERVICE        1112 7TH AVENUE                      C/O AT&T SERVICES, INC.
P.O. BOX 800849                         MONROE WI 53566-1364                 ONE AT&T WAY, ROOM 3A104
DALLAS TX 75380-0849                                                         BEDMINSTER NJ 07921-2693


AU MEDICAL CENTER, INC.                 BECKET AND LEE, LLP                  CAPITAL ONE BANK (USA), N.A.
FORMERLY MCG HEALTH, INC FDBA GA REGENTS P.O. BOX 3002                       P.O. BOX 30285
1120 15TH STREET                        MALVERN PA 19355-0702                SALT LAKE CITY UT 84130-0285
AUGUSTA GA 30912-0004


CAPITAL ONE BANK (USA), N.A.            CHATHAM RADIOLOGIST                  CREDIT ACCEPTANCE CORPORATION
P.O. BOX 71083                          C/O LANIER COLLECTION AGENCY         25505 W. 12 MILE ROAD
CHARLOTTE NC 28272-1083                 P.O. BOX 15519                       SUITE 3000
                                        SAVANNAH GA 31416-2219               SOUTHFIELD MI 48034-8331


CREDITORS BANKRUPTCY SERVICE            Catherine Maryln Hannah              DISCOUNT AUTOMOTIVE
P.O. BOX 800846                         P.O. Box 862                         1532 GORDON HIGHWAY
DALLAS TX 75380-0846                    Wrens GA 30833-0862                  AUGUSTA GA 30906-2006


ECAST SETTLEMENT CORP.                  EQUITYAUTO LOAN, LLC DBA INSTALOAN   EQUITYAUTO LOAN, LLC, ATTN: CORPORATION
P.O. BOX 35480                          ATTN: OFFICER OR AGENT               SERVICE COMPANY, REGISTERED AGENT
NEWARK NJ 07193-5480                    15 BULL STREET, SUITE 200            2 SUN COURT, SUITE 400
                                        SAVANNAH GA 31401-2686               PEACHTREE CORNERS GA 30092-2865


(p)FARMERS FURNITURE                    FINGERHUT/WEBBANK                    FIRST PREMIER BANK
ATTN CORPORATE CREDIT DEPT              6250 RIDGEWOOD RD.                   P.O. BOX 5524
PO BOX 1140                             SAINT CLOUD MN 56303-0820            SIOUX FALLS SD 57117-5524
DUBLIN GA 31040-1140


FRIEDMAN'S JEWELERS                     GREAT SENCO FINANCIAL                (p)JEFFERSON CAPITAL SYSTEMS LLC
5420 LYNDON B JOHNSON FWY               9841 WASHINGTONIAN BLVD              PO BOX 7999
SUITE 1440                              SUITE 410                            SAINT CLOUD MN 56302-7999
DALLAS TX 75240-1080                    GAITHERSBURG MD 20878-7339


John P. Wills  [X]                      Huon Le  [X]                         MALLARD CREDIT BUREAU
Wills Law Firm, LLC                     P.O. Box 2127                        P.O. BOX 579
318 Jackson Street                      Augusta, GA 30903-2127               MILLEDGEVILLE GA 31059-0579
P.O. Box 1620
Thomson, GA 30824-5620                  (via CM/ECF)


MIDLAND CREDIT MANAGEMENT, INC.         NATIONAL CAPITAL MANAGEMENT          ORCHARD BANK
AS AGENT FOR MIDLAND FUNDING LLC        8245 TOURNAMENT DRIVE                C/O PALISADES ACQUISITIONS XVI, LLC
P.O. BOX 2011                           SUITE 230                            P.O. BOX 19249
WARREN MI 48090-2011                    MEMPHIS TN 38125-1741                SUGAR LAND TX 77496-9249
```

| | | |
|---|---|---|
| ORCHARD BANK<br>C/O PORTFOLIO RECOVERY ASSOC.<br>P.O. BOX 41067<br>NORFOLK VA 23541-1067 | Office of the U. S. Trustee<br>Johnson Square Business Center<br>2 East Bryan Street, Ste 725<br>Savannah, GA 31401-2638<br>~~(via CM/ECF)~~ | PROFESSIONAL FINANCIAL SERVICES<br>3112-G WASHINGTON ROAD<br>AUGUSTA GA 30907-0818 |
| PROFESSIONAL FINANCIAL SERVICES<br>P.O. BOX 3146<br>SPARTANBURG SC 29304-3146 | PROVIDIAN BANK<br>C/O MIDLAND CREDIT<br>P.O. BOX 939019<br>SAN DIEGO CA 92193-9019 | QUEENSBOROUGH NATIONAL BANK & TRUST<br>ATTN:  KATHY COBB<br>P.O. BOX 467<br>LOUISVILLE GA 30434-0467 |
| SEVENTH AVENUE<br>1112 7TH AVENUE<br>MONROE WI 53566-1364 | SEVENTH AVENUE<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 800849<br>DALLAS TX 75380-0849 | USDA RURAL HOUSING<br>CENTRALIZED SERVICING CENTER<br>P.O. BOX 66879<br>SAINT LOUIS MO 63166-6879 |
| WORLD FINANCE COMPANY OF GEORGIA, LLC<br>ATTN:  OFFICER OR AGENT<br>406 MAIN STREET<br>THOMSON GA 30824-1575 | WORLD FINANCE COMPANY OF GEORGIA, LLC<br>ATTN:  OFFICER OR AGENT<br>P.O. BOX 6429<br>GREENVILLE SC 29606-6429 | WORLD FINANCE COMPANY OF GEORGIA, LLC<br>ATTN: CT CORPORATION, REGISTERED AGENT<br>289 S. CULVER STREET<br>LAWRENCEVILLE GA 30046-4805 |
| WRENS FINANCE COMPANY<br>ATTN: GREG A. HOLLEY, REGISTERED AGENT<br>217 BROAD STREET<br>WRENS GA 30833-1110 | ~~John P. Wills<br>Wills Law Firm, LLC<br>P O Box 1620<br>Thomson, GA 30824-5620~~ | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ABC LOAN CO.<br>4011 COLUMBIA ROAD<br>MARTINEZ GA 30907 | FARMERS FURNITURE<br>ATTN: OFFICER OR AGENT<br>702 PEACHTREE STREET<br>LOUISVILLE GA 30434 | (d)FARMERS FURNITURE<br>ATTN: OFFICER OR AGENT<br>P.O. BOX 1140<br>DUBLIN GA 31040-1140 |
| JEFFERSON CAPITAL SYSTEMS, LLC<br>P.O. BOX 7999<br>SAINT CLOUD MN 56302-9617 | (d)WAREHOUSE HOME FURNISHINGS DISTRIBUTORS,<br>INC. ATTN: SCOTT SMITH, REGISTERED AGENT<br>1851 TELFAIR STREET<br>DUBLIN GA 31021 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Catherine Maryln Hannah<br>P.O. Box 862<br>Wrens, GA 30833-0862 | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     1<br>Total                   44 |